Scheindlin, S.

10/15/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

TOSHIBA CORPORATION,                 :    ECF CASE
                      Plaintiff,     :    Case No. 13-CIV-6760-SAS
                                     :
          -against-                  :    STIPULATION
                                     :    EXTENDING TIME TO
CDI MEDIA, INC.,                     :    RESPOND TO COMPLAINT
                      Defendant.     :
                                     :
                                     :
                                     :
------------------------------------------------------------ X

　　　　IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for

Plaintiff Toshiba Corporation ("Plaintiff") and Defendant CDI Media, Inc. ("CDI") that CDI's

deadline to answer or otherwise respond to the Complaint shall be November 15, 2013.  CDI's

deadline to answer or otherwise respond to the Complaint is currently October 16, 2013.  This is

the first request for an extension.

　　　　IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed

in counterparts with email, PDF or facsimile signatures treated as originals.

*No further extensions will be granted*

Dated: New York, New York
       October 11, 2013

QUINN EMANUEL URQUHART &                    CARTER LEDYARD & MILBURN
SULLIVAN LLP                                LLP

By: _____                By: _____
        Carey R. Ramos                             Judith A. Lockhart
51 Madison Avenue, 22nd Floor                      Michael H. Bauscher
New York, NY 10010                         2 Wall Street
Telephone: (212) 849-7000                  New York, New York 10005
careyramos@quinnemanuel.com                Telephone: (212) 732-3200
*Attorneys for Plaintiff, Toshiba Corporation*   lockhart@clm.com
                                           bauscher@clm.com

                                           -and-

7297836.1

PARR BROWN GEE & LOVELESS
Terry E. Welch
Royce B. Covington
185 South State, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7840
twelch@parrbrown.com
rcovington@parrbrown.com
*Attorneys for Defendant,*
*CDI Media, Inc.*

SO ORDERED:

U.S.D.J.

10/15/13

-2-