Judith A. Lockhart
Michael H. Bauscher
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
lockhart@clm.com
bauscher@clm.com

-and-

Terry E. Welch
Royce B. Covington
Chad S. Pehrson
PARR BROWN GEE & LOVELESS
185 South State, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7840
twelch@parrbrown.com
rcovington@parrbrown.com
cpehrson@parrbrown.com

*Attorneys for Defendant CDI Media, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | | |
|---|---|---|
| TOSHIBA CORPORATION, | : | ECF CASE |
| | : | Case No. 13-CIV-6760-SAS |
| Plaintiff, | : | |
| | : | **RULE 7.1 STATEMENT OF** |
| -against- | : | **DEFENDANT CDI MEDIA, INC.** |
| | : | |
| CDI MEDIA, INC., | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Defendant CDI Media, Inc. ("CDI Media") (a private non-

governmental party) certifies that CDI Media has no parent corporation, and there is no publicly held corporation that owns 10% or more of CDI Media's stock.

Dated: New York, New York
November 15, 2013

CARTER LEDYARD & MILBURN LLP

By: _____

Judith A. Lockhart
Michael H. Bauscher
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
lockhart@clm.com
bauscher@clm.com

-and-

PARR BROWN GEE & LOVELESS
Terry E. Welch
Royce B. Covington
Chad S. Pehrson
185 South State, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7840
twelch@parrbrown.com
rcovington@parrbrown.com
cpehrson@parrbrown.com

*Attorneys for Defendant,*
*CDI Media, Inc.*