UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>CDI MEDIA, INC.,<br><br>        Defendant. | 13 Civ. 06760 (SAS) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Statement of Undisputed Facts Pursuant to Local Rule 56.1, and supporting Declarations of Naoto Tsushima and Jennifer D. Bishop, both dated January 31, 2014, Plaintiff Toshiba Corporation hereby moves this Court, before the Hon. Shira A. Scheindlin, in Courtroom 15C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for a judgment and order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiff summary judgment, and granting any such relief as this Court deems just and proper.

DATED: New York, New York  QUINN EMANUEL URQUHART &
January 31, 2014  SULLIVAN, LLP

By: /s/Carey R. Ramos
Carey R. Ramos
(careyramos@quinnemanuel.com)
Rachel E. Epstein
(rachelepstein@quinnemanuel.com)

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Attorneys for Plaintiff Toshiba Corporation*